# EXHIBIT A



Rev.com, Inc.  |  Sales Receipt

## Order Details - Transcription Service

**Order Number:** TC0622870555
**Order Placed:** 12/19/2019

| File Name | Duration | Unit Price |
|---|---|---|
| Transcription | 12 minutes | $12.00 |
| MVI_0074.mp4 | | |
| MVI_0075.mp4 | | |
| | Transcription | $12.00 |
| | Timestamps | $3.00 |
| | Verbatim | $3.00 |
| | **Total** | **$18.00** |

## Payment Details

**Amount Paid:** $18.00
**Charged To:** MasterCard ending in 1892 exp. 12/2021
**Charged On:** 12/19/2019

## Order Summary

**Order Total:** $18.00
**Total Paid:** $18.00

## Customer Details

**Customer Name:** June Bugs
**Customer Email:** junebugs8@yahoo.com
**Customer Company:** CADDO BOSSIER REFRIGERATION

support@rev.com  |  888-369-0701  |  www.rev.com  |  Rev.com DEPT LA 24706 PASADENA CA 91185-4706

This transcript was exported on Dec 18, 2020 - view latest version here.

| | | |
|---|---|---|
| Clinton Strange: | 00:01 | I'm doing good, Larry, how you doing? |
| Eric Greg: | 00:04 | Fine, fine, so thank you [inaudible 00:00:05] for asking today, you are seen for some kind of channel [inaudible 00:00:09], which channels are that? |
| Clinton Strange: | 00:13 | Yeah, she said it was gonna be like $59.95 for 150 channels or something- |
| Eric Greg: | 00:27 | Yes, that's- yes. |
| Eric Greg: | 00:29 | [inaudible 00:00:29] but you can [inaudible 00:00:29] is going to be like [inaudible 00:00:29] high, like you need three TVs, three baskets, or you need only one box? |
| Clinton Strange: | 00:31 | No, like- like I was telling her, she asked me what kind of service I had on my TVs, and I said- |
| Eric Greg: | 00:37 | Mm-hmm (affirmative). |
| Clinton Strange: | 00:37 | I have free TV. |
| Eric Greg: | 00:39 | Hm. |
| Clinton Strange: | 00:39 | I only have two televisions, though. |
| Eric Greg: | 00:42 | Mm-hmm (affirmative). |
| Clinton Strange: | 00:42 | That's- |
| Eric Greg: | 00:42 | Mm-hmm (affirmative). |
| Clinton Strange: | 00:43 | That's all I wanna hook up is two televisions. |
| Eric Greg: | 00:45 | Two televisions. Yeah, to do that, meaning your bill would be just 66 dollars, and you get 180 plus channels free TV, and you don't have to pay any installation fee, anything [inaudible 00:00:57]. So how does this offer sounds to you? |
| Clinton Strange: | 00:59 | That- that sounds good. And it'll be through AT&T DirecTV? |
| Eric Greg: | 01:04 | Exactly. |
| Clinton Strange: | 01:06 | Okay. |
| Eric Greg: | 01:08 | So, sir, you need the service in your name or somebody else name? |

MVI_0074 (Completed 12/19/19)   Page 1 of 8
Transcript by Rev.com

This transcript was exported on Dec 18, 2020 - view latest version here.

| Clinton Strange: | 01:13 | It's- it's gonna be in my name. |
| --- | --- | --- |
| Eric Greg: | 01:16 | Okay, just stay with me. |
| Eric Greg: | 01:20 | Uh, how do you spell your first name, last name? |
| Clinton Strange: | 01:24 | It's, uh, Clinton Strange spelled C-L-I-N-T-O-N S-T-R-A-N-G-E. |
| Eric Greg: | 01:38 | And, uh, Clinton, is there any middle initial or anything between your names? |
| Clinton Strange: | 01:40 | Yeah, uh, A for Andrew. |
| Eric Greg: | 01:44 | A. [inaudible 00:01:44] A, right? |
| Clinton Strange: | 01:46 | Yeah. |
| Eric Greg: | 01:48 | And can you have your address where you use the services? |
| Clinton Strange: | 01:51 | Sure, it's 7021 Winburn spelled W-I-N-B-U-R-N Drive- |
| Eric Greg: | 02:00 | Mm-hmm (affirmative). |
| Clinton Strange: | 02:01 | And that's in Greenwood, Louisiana. |
| Eric Greg: | 02:06 | Greenwood, Louisiana, and your zip code is 71033? |
| Clinton Strange: | 02:09 | That's correct. |
| Eric Greg: | 02:12 | Okay. And do you have any email for you to send your [inaudible 00:02:16] and everything on your emails? |
| Clinton Strange: | 02:18 | Yeah. You ready? |
| Eric Greg: | 02:19 | Mm-hmm (affirmative), yes. |
| Clinton Strange: | 02:21 | It's gonna be, uh, P as in Paul- |
| Eric Greg: | 02:23 | Mm-hmm (affirmative). |
| Clinton Strange: | 02:24 | A as in apple. |
| Eric Greg: | 02:26 | Mm-hmm (affirmative). |
| Clinton Strange: | 02:27 | R as in Romeo. |

This transcript was exported on Dec 18, 2020 - view latest version here.

| | | |
|---|---|---|
| Eric Greg: | 02:28 | Mm-hmm (affirmative). |
| Clinton Strange: | 02:32 | S as in Sam. |
| Eric Greg: | 02:32 | Okay, mm-hmm (affirmative). |
| Clinton Strange: | 02:33 | M as in Mike. |
| Eric Greg: | 02:34 | Mm-hmm (affirmative). |
| Clinton Strange: | 02:37 | L as in Lema. L as in Lema- |
| Eric Greg: | 02:40 | Okay. |
| Clinton Strange: | 02:42 | C as in Charlie- |
| Eric Greg: | 02:43 | Uh, what's- what's- what's after Lema? |
| Clinton Strange: | 02:47 | It's, uh, Lema, Lema, Charlie, at Gmail.com- |
| Eric Greg: | 02:50 | Okay. |
| Clinton Strange: | 02:54 | So, P-A-R-S-M-L-L-C at Gmail.com. |
| Eric Greg: | 02:58 | Mm-hmm (affirmative). It's P-A-R-S-M-L-L-C at Gmail.com? |
| Clinton Strange: | 03:05 | Correct. And you got P- |
| Eric Greg: | 03:07 | Okay. |
| Clinton Strange: | 03:07 | As in Paul, not B as in boy? |
| Eric Greg: | 03:09 | Exactly. |
| Clinton Strange: | 03:10 | Okay. |
| Eric Greg: | 03:10 | No, I got P as in Paul. |
| Clinton Strange: | 03:12 | Okay, good. |
| Eric Greg: | 03:12 | Is this the phone number I'm calling you right now is your home phone or a cell phone? |
| Clinton Strange: | 03:20 | It is a cell phone. |
| Eric Greg: | 03:23 | And who is your cell phone provider? |

| | | |
|---|---|---|
| Clinton Strange: | 03:28 | Verizon. |
| Eric Greg: | 03:28 | And how much are you paying for your cell phone? |
| Clinton Strange: | 03:28 | About 32 dollars a month. |
| Eric Greg: | 03:28 | That, it is okay. Sir, can I get your date of birth? |
| Clinton Strange: | 03:38 | Sure, it's 2-13-74. |
| Eric Greg: | 03:39 | Okay. And Clinton, we need you one valid picture ID as well to identify all your video [inaudible 00:03:49] and everything, so that could be your driving, that could be your Social, or that could be a state ID, so whichever you want to go with. |
| Clinton Strange: | 03:55 | So you- so you want an ID? |
| Eric Greg: | 04:03 | Yes, identification matters. That could be driving, that could be your state ID, that could be your Social Security number, that is okay for you. It's whom you want to go with. |
| Clinton Strange: | 04:15 | Okay, why- why do you need that? Why can't you just take my credit card? |
| Eric Greg: | 04:21 | Uh, sir, no, we need the, uh, driving, we need the, uh, Social to check your identity, to verify everything from your side. You know? We have to check because, sir, it's qualified or not, that's why we need we some kind of ID from this side. |
| Clinton Strange: | 04:39 | Mkay. |
| Eric Greg: | 04:39 | Mm-hmm (affirmative). Mm-hmm (affirmative). |
| Clinton Strange: | 04:39 | Well, I could- |
| Eric Greg: | 04:39 | Which ID do you want to do? |
| Clinton Strange: | 04:41 | Um, I tell you what, go ahead and send me an email, and I'll reply it back with- |
| Eric Greg: | 04:46 | No, sir- |
| Clinton Strange: | 04:46 | With my numbers. |
| Eric Greg: | 04:47 | Sir, the thing is that, uh, what- |
| Clinton Strange: | 05:01 | Hello? |

This transcript was exported on Dec 18, 2020 - view latest version here.

| | | |
|---|---|---|
| Eric Greg: | 05:01 | ... have to pay anything [inaudible 00:05:01] plus you take all the paperwork- paperworks on the [inaudible 00:05:05], then you will fine them- them and after your satisfaction, they will ensure the services. I would need your one ID in order to verify your deal, and that would be, uh, like, I just put it into my system, and it will be vetted from my side. You know, I can't [inaudible 00:05:20] your information. |
| Eric Greg: | 05:21 | And when you gave me your birth cer- and I- and I don't remember what your [inaudible 00:05:25], it shows me like, the- [inaudible 00:05:27] on my screen. |
| Clinton Strange: | 05:27 | Mkay. |
| Eric Greg: | 05:27 | I- I can't show that. Mm-hmm (affirmative). |
| Clinton Strange: | 05:33 | I mean, I- I- I'll give you my driver's license number, but if- |
| Eric Greg: | 05:36 | Mm-hmm (affirmative). |
| Clinton Strange: | 05:37 | If- if- if this is some kind of a trick, I'm- I'm- |
| Eric Greg: | 05:40 | Oh, it's not a trick. |
| Clinton Strange: | 05:40 | I'm gonna come after you. |
| Clinton Strange: | 05:43 | Okay, it's- |
| Eric Greg: | 05:44 | It's [crosstalk 00:05:44]- |
| Clinton Strange: | 05:45 | It's- it's Louisiana driver's license- |
| Eric Greg: | 05:47 | Mm-hmm (affirmative). |
| Clinton Strange: | 05:47 | 0059- |
| Eric Greg: | 05:47 | Mm-hmm (affirmative). |
| Clinton Strange: | 05:53 | 25023. |
| Eric Greg: | 05:57 | And what is expiration? |
| Clinton Strange: | 05:59 | It's gonna be 2-13-2019. |
| Eric Greg: | 06:04 | Don't [inaudible 00:06:05], is it expired? |

This transcript was exported on Dec 18, 2020 - view latest version here.

| | | |
|---|---|---|
| Clinton Strange: | 06:08 | Oh, no, it must- that's when it- that's when it did expire. Um- put- put 2-13-2021. |
| Eric Greg: | 06:22 | Okay. |
| Clinton Strange: | 06:25 | That's right, I- I- |
| Eric Greg: | 06:25 | And Clinton- mm-hmm (affirmative). |
| Clinton Strange: | 06:25 | Go- go ahead. |
| Eric Greg: | 06:30 | And did you- I told you- mm-hmm (affirmative). I told you there will be [inaudible 00:06:32] so there should be no [inaudible 00:06:32], because financial could be a, uh, installation and it would not be totally free, you don't need to pay that, and then you can get a hundred dollar gift card as well from our company. [inaudible 00:06:44] after 60 days of installation, okay? |
| Eric Greg: | 06:48 | And for the plus one, you have to pay just $19.97. That is your activation fee, and then your plus one will- that will be of 66 dollars for two TVs we could- we come, after, uh, 30 days. At your doorstep, okay? |
| Clinton Strange: | 07:03 | Okay. |
| Eric Greg: | 07:05 | So, uh, which [inaudible 00:07:07] would you like to choose to pay your, uh, activation fee? $19.97 only. |
| Clinton Strange: | 07:14 | Um, I'll do that on a MasterCard. Do you need it now? |
| Eric Greg: | 07:17 | Okay. Yes, sir, that would be needed now, and the person will come after 30 days. When you [inaudible 00:07:27] come midnight, the amount will be taken from your account. |
| Clinton Strange: | 07:26 | Okay. |
| Eric Greg: | 07:28 | Or midnight, your card. |
| Clinton Strange: | 07:29 | Well, that- let me go get my credit card. |
| Eric Greg: | 07:31 | Sure. |
| Clinton Strange: | 08:01 | All right, you ready? |
| Eric Greg: | 08:03 | Yes, sir. |

This transcript was exported on Dec 18, 2020 - view latest version here.

| | | |
|---|---|---|
| Clinton Strange: | 08:04 | Okay, it's, uh, ▇ |
| Eric Greg: | 08:09 | Okay. |
| Clinton Strange: | 08:10 | ▇ |
| Eric Greg: | 08:11 | Okay. |
| Clinton Strange: | 08:14 | ▇ |
| Eric Greg: | 08:15 | ▇ |
| Clinton Strange: | 08:19 | ▇ |
| Eric Greg: | 08:22 | Okay. |
| Clinton Strange: | 08:24 | 0135. |
| Eric Greg: | 08:27 | Okay, and can you have the CV on the back of your credit card? |
| Clinton Strange: | 08:32 | Yeah, it's, uh, ▇ |
| Eric Greg: | 08:33 | And can you have the expiration of the card? |
| Clinton Strange: | 08:39 | Yeah, it's, uh, 12 of 2023. |
| Eric Greg: | 08:42 | Mm-hmm (affirmative). |
| Eric Greg: | 08:50 | Okay, sir, if you please verify that, wait for my- write down my number and my information as well. |
| Clinton Strange: | 08:55 | All right, I'm ready. |
| Eric Greg: | 08:58 | Mm-hmm (affirmative), uh, write down my number is 877-805-5592. |
| Clinton Strange: | 09:16 | And what's the name of that company? |
| Eric Greg: | 09:18 | Uh, it's AT&T DirecTV. |
| Clinton Strange: | 09:22 | Okay. |
| Eric Greg: | 09:22 | Mm-hmm (affirmative), and write down my name as well. I'm the manager with AT&T, my name is Eric Greg. |
| Clinton Strange: | 09:37 | All right- |

This transcript was exported on Dec 18, 2020 - view latest version here.

| | | |
|---|---|---|
| Eric Greg: | 09:37 | Okay? |
| Clinton Strange: | 09:39 | And- and- |
| Eric Greg: | 09:39 | Uh, sir- |
| Clinton Strange: | 09:39 | And I'm gonna- |
| Eric Greg: | 09:39 | Mm-hmm (affirmative). |
| Clinton Strange: | 09:40 | ... get an email like real soon? |
| Eric Greg: | 09:44 | Yes, you, yes, yes, you will get an email from AT&T and sir, uh, like, so basically, [inaudible 00:09:51] go into your time [inaudible 00:09:52]. So I can send that [inaudible 00:09:55] according to date? Practically, on Monday, will be fine for you? |
| Clinton Strange: | 10:00 | What happens on Monday? |
| Eric Greg: | 10:03 | Uh, I am sorry [inaudible 00:10:04] services. |
| Clinton Strange: | 10:10 | Okay, just- tell- tell 'em to, uh, put that in the email the confirmation since I gotta change everything. |
| Eric Greg: | 10:18 | Sure, sure. Sure, sure, sure, you can do that. No problem. |
| Eric Greg: | 10:22 | [inaudible 00:10:22] set your order and I'll send you the email and I will get back to you very soon. And I thank you for paying us, okay? |
| Clinton Strange: | 10:27 | Okay. |
| Eric Greg: | 10:28 | Thank you so much for doing business with AT&T DirecTV. Have a very wonderful day. Thank you, goodbye. |
| Clinton Strange: | 10:34 | All right, thank you. Bye. |