**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

Case No. 1:21-cv-00006-CCB

CLINTON STRANGE,
*Plaintiff*

Honorable Catherine C. Blake
U.S. District Court Judge

v.

PLUTON TECHNOLOGIES PRIVATE LIMITED, et al.,
*Defendants*

### PLAINTIFF CLINTON STRANGE's MOTION TO DISMISS WITH PREJUDICE

1. The *pro se* Plaintiff CLINTON STRANGE ("PLAINTIFF") appears before this Honorable Court for the purpose of moving [it] to dismiss his complaint (Rec. Doc. No. 1) against the named Defendants PLUTON TECHNOLOGIES PRIVATE LIMITED, KZK COMPANY LLC, and MOHAMMAD ARSHAD KHAN, herein ("DEFENDANTS") on all counts and causes of action as detailed in the complaint With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2. Defendants have not filed a responsive pleading in this action, thus dismissal under this rule is procedurally warranted.

3. Plaintiff represents to the Court that the parties have amicably resolved their dispute, and that there remains no further need for Court Intervention.

4. Plaintiff further represents that no one coerced, intimidated, or threatened Plaintiff into filing this Motion, and he does so out of his own free will and volition.

5. Plaintiff has attached a [proposed] order to the effect of the above for the convenience and consideration of the Court [See Exhibit A].

Respectfully Submitted,

X *Clinton Strange* (signature)

Clinton Strange
Pro Se
7021 Winburn Drive
Greenwood, LA 71033
(318) 423-5057
StrangeC982@gmail.com

4-28-2021
Dated

Page 1 of 1

## CERTIFICATE OF SERVICE:

I, Clinton Strange, the *pro se* Plaintiff in the above captioned action hereby certify that on the 28th day of April, 2021 that I did (serve the opposing parties) transmit a copy of the foregoing Motion captioned as " PLAINTIFF CLINTON STRANGE's MOTION TO DISMISS WITH PREJUDICE" via electronic mail (by request and or consent) to the following electronic mail address:

arshadabbassi108@gmail.com

I, the undersigned, swear and affirm that all the foregoing statements are both true and correct under the pains and penalties of perjury under the Laws of the United States of America.

X _____          4-28-2021
   **Clinton Strange**                              **Dated**





U.S. POSTAGE PAID
FCM LETTER
GREENWOOD, LA
71033
APR 29, 21
AMOUNT

1000    21201

**$4.15**
R2305H129640-07

Clinton Strange
7021 Winburn Drive
Greenwood, LA 71033

CLERK,
U.S. District Court
101 West Lombard Street
Baltimore, MD  21201

In Re: Strange v. Pluton Technologies PVT LTD et al No. cv-00006-CCB
Enclosed: Motion To Dismiss w/ Prej.
USPS Tracking # 7018 1130 0000 8405 9876



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7018 1130 0000 8405 9876

