# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

CLINTON STRANGE           *

                                    *      Civil Action No. CCB-21-06

      v.                    *

                                    *

PLUTON TECHS. PRIVATE LIMITED, et al. *

## ORDER

Before the court is the pro se plaintiff Clinton Strange's motion to dismiss his complaint. (ECF 7). Strange, having resolved his dispute with all defendants, seeks to voluntarily dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, it is hereby Ordered that:

1. The plaintiff's motion to dismiss (ECF 7) is GRANTED;

2. This case IS DISMISSED WITH PREJUDICE;

3. The Clerk shall CLOSE this case; and

4. A copy of this Order shall be sent to the plaintiff and to counsel of record.


 5/10/2021                                                             /S/
Date                                                           Catherine C. Blake
                                                               United States District Judge